**RECEIVED**
IN ALEXANDRIA, LA.

APR 1 2 2013

TONY R. MOORE, CLERK
BY:_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PHILLIP DAVIS | DOCKET NO. 12-CV-1788; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| WARDEN | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**THUS DONE AND SIGNED** at _Alexandria_, Louisiana, this 12th day of _April_, 2013.

JAMES T. TRIMBLE, JR.
DISTRICT JUDGE